UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANNA MAE SPRINGER HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-580-R |
| | ) |
| LELAND DUDEK, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is a Report and Recommendation [Doc. No. 16] issued by United States Magistrate Judge Shon T. Erwin in which he recommends that the final decision of Defendant Commissioner of Social Security denying Plaintiff's application for benefits be affirmed. Judge Erwin advised the parties of their right to object to the Report by May 14, 2025 and further advised that failure to make timely objection to the Report waives the right to appellate review of the factual and legal issues therein contained.

The record reflects that no objection to the Report has been filed within the time prescribed by Judge Erwin and the Court therefore ADOPTS the Report and Recommendation and AFFIRMS the Commissioner's decision.

IT IS SO ORDERED this 22nd day of May, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1